**AEGIS LAW FIRM, PC**
Samuel A. Wong (State Bar No. 217104)
Kashif Haque (State Bar No. 218672)
Jessica L. Campbell (State Bar No. 280626)
9811 Irvine Center Drive, Suite 100
Irvine, California 92618
Telephone: (949) 379-6250
Facsimile:  (949) 379-6251
swong@aegislawfirm.com
khaque@aegislawfirm.com
jcampbell@aegislawfirm.com

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| KIANA TAMEZ, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>BUFFALO WILD WINGS, INC.; and BLAZIN' WINGS, INC.,<br><br>Defendants. | Case No. 2:15-cv-09754 JAK (PJWx)<br><br>**PLAINTIFF'S APPLICATION TO FILE DOCUMENTS UNDER SEAL IN REGARDS TO PLAINTIFF'S OPPOSITION TO DEFENDANTS' MOTION FOR PARTIAL SUMMARY JUDGMENT**<br><br>Date:           March 13, 2017<br>Time:          8:30 a.m.<br>Ctrm:           750<br><br>Discovery Cut-Off:       2/28/2017<br>Pre-Trial Conference:   8/28/2017<br>Trial Date:                    9/12/2017 |

1
PLAINTIFF'S APPLICATION TO FILE UNDER SEAL

Plaintiff, Kiana Tamez, ("Plaintiff") hereby requests, pursuant to Local Rule 79-5 and Paragraph 19 of the Stipulated Protective Order and Confidentiality Agreement (Docket No. 19), that the following documents, lodged concurrently herewith, be filed under seal:

1. Exhibit B to the Declaration of Jessica L. Campbell in support of Plaintiff's Opposition to Defendant's Motion for Partial Summary Judgment;
2. Exhibit D to the Declaration of Jessica L. Campbell; and
3. Exhibit 24 to the Deposition of Guillermo Gonzalez, which is attached to the Declaration of Jessica L. Campbell as Exhibit A.

A description of the above documents and the grounds for filing under seal are as follows: Exhibit B includes employee time records, Exhibit D includes proprietary internal audits, and Exhibit 24 reflects information in employee records and includes proprietary information.

Defendants Buffalo Wild Wings, Inc., and Blazin' Wings, Inc., ("Defendants") designated these documents as confidential as containing proprietary information, trade secrets, third-party consumer data and/or financial data pertaining to Defendants' business operations which is not public information. Said documents were designated as "CONFIDENTIAL" pursuant to the parties' May 2, 2016 Stipulated Protective Order and Confidentiality Agreement (Docket No. 19), and the Magistrate Judge's May 2, 2016 Order Approving the Stipulated Protective Order and Confidentiality Agreement (Docket No. 20).

Defendant bears the burden to prove the confidentiality to the Court pursuant to Paragraph 18 of the Stipulated Protective Order. *See* Docket No. 20.

In compliance with the Honorable John A. Kronstadt's Initial Standing Order (Docket No. 12), Plaintiff's and Defendant's counsel met and conferred regarding the filing of the above referenced documents under seal both telephonically and via electronic mail on December 28, 2016.

Should the Court deny Plaintiff's Application, Plaintiff requests that the documents be filed in the public record. Should this occur, Defendant, as the designating party, would then have four (4) days from the date of denial to seek reconsideration unless the Court instructs otherwise.

Dated: December 30, 2016                    AEGIS LAW FIRM, PC

                                            By:   /s/Jessica L. Campbell
                                                Jessica L. Campbell
                                                Attorneys for Plaintiff, Kiana Tamez

# CERTIFICATE OF SERVICE

I, the undersigned, am employed in the County of Orange, State of California. I am over the age of 18 and not a party to the within action; am employed with Aegis Law Firm PC and my business address is 9811 Irvine Center Drive, Suite 100, Irvine, California 92618.

On December 30, 2016, I served the foregoing document entitled:

- **PLAINTIFF'S APPLICATION TO FILE UNDER SEAL**

on all the appearing and/or interested parties in this action by placing ☐ *the original* ☒ *a true copy* thereof enclosed in sealed envelope(s) addressed as follows:

Stacey E. James, Esq.
Khatereh S. Fahimi, Esq.
Matthew B. Riley, Esq.
Littler Mendelson, P.C.
501 W. Broadway, Suite 900
San Diego, CA 92101

*Attorney for Defendant:*
*Buffalo Wild Wings, Inc., and Blazin' Wings, Inc.*

☐ **(BY MAIL)** I am readily familiar with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid at Irvine, California in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postage cancellation date or postage meter date is more than one day after date of deposit for mailing this affidavit. (*Cal Code Civ. Proc.* § 1013(a); *Fed. R. Civ. Proc.* 5(a); *Fed. R. Civ. Proc.* 5(c).)

☐ **(BY OVERNIGHT MAIL)** I am personally and readily familiar with the business practice of Aegis Law Firm PC for collection and processing correspondence for overnight delivery, and I caused such document(s) described herein to be deposited for delivery to a facility regularly maintained Federal Express for overnight delivery. (*Cal Code Civ. Proc.* § 1013(c); *Fed. R. Civ. Proc.* 5(c).)

☒ **(BY ELECTRONIC TRANSMISSION)** I caused said document(s) to be served via electronic transmission via ECF Notification of Filing on the date below. (*Cal. Code Civ. Proc.* § 1010.6(6); *Fed. R. Civ. Proc.* 5(b)(2)(E); *Fed. R. Civ. Proc.* 5(b)(3).)

☐ **(BY PERSONAL SERVICE)** I delivered the foregoing document by hand delivery to the addressed named above. (*Cal Code Civ. Proc.* § 1011; *Fed. R. Civ. Proc.* 5(b)(2)(A).)

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on December 30, 2016, at Irvine, California.

_____
Michael Knieling