**AEGIS LAW FIRM, PC**
Samuel A. Wong (State Bar No. 217104)
Kashif Haque (State Bar No. 218672)
Jessica L. Campbell (State Bar No. 280626)
9811 Irvine Center Drive, Suite 100
Irvine, California 92618
Telephone: (949) 379-6250
Facsimile:  (949) 379-6251
swong@aegislawfirm.com
khaque@aegislawfirm.com
jcampbell@aegislawfirm.com

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| KIANA TAMEZ, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>BUFFALO WILD WINGS, INC.; and BLAZIN' WINGS, INC.,<br><br>Defendants. | Case No. 2:15-cv-09754 JAK (PJWx)<br><br>**DECLARATION OF JESSICA L. CAMPBELL IN SUPPORT OF PLAINTIFF'S APPLICATION TO FILE DOCUMENTS UNDER SEAL IN REGARD TO PLAINTIFF'S OPPOSITION TO DEFENDANTS' MOTION FOR PARTIAL SUMMARY JUDGMENT**<br><br>Date:         March 13, 2017<br>Time:         8:30 a.m.<br>Ctrm:         750<br><br>Discovery Cut-Off:         2/28/2017<br>Pre-Trial Conference:      8/28/2017<br>Trial Date:                   9/12/2017 |

DECLARATION OF JESSICA L. CAMPBELL IN SUPPORT OF PLAINTIFF'S
APPLICATION TO FILE UNDER SEAL

I, Jessica L. Campbell, declare as follows:

1.      I am an attorney duly licensed to practice law in the State of California. I am an associate attorney at Aegis Law Firm, PC, counsel for Plaintiff Kiana Tamez ("Plaintiff") in this matter. I am thoroughly familiar with and have personal knowledge of all of the facts set forth herein. If called as a witness, I could and would competently testify thereto.

2.      I submit this Declaration in support of Plaintiff's Application to File Under Seal in Regard to Plaintiff's Opposition to Defendants' Motion for Partial Summary Judgment.

3.      On December 28, 2016, Defendants' counsel and I stipulated to, among other things, modify the timing requirements to complete the meet and confer process with respect to the anticipated filing certain documents that Defendants designated as confidential during discovery (the "Confidential Documents"). The parties stipulated to complete this meet and confer process no later than December 29, 2016.

4.      On December 28, 2016, I met and conferred over the telephone with Defendants' counsel regarding the Confidential Documents. At the conclusion of this phone call, I sent a follow-up email to Defendants' counsel identifying the Bates numbers of the Confidential Documents. Attached hereto as **Exhibit "A"** is a true and correct copy of my email to Defendants' counsel.

5.      I held a follow-up meet and confer phone call with Defendants' counsel on December 28, 2016. During this phone call Defendants' counsel confirmed that the Confidential Documents should remain marked confidential and not made available to the public.  Defendants' counsel told me the documents contained confidential employment information and proprietary information.

///

///

///

DECLARATION OF JESSICA L. CAMPBELL IN SUPPORT OF PLAINTIFF'S APPLICATION TO FILE UNDER SEAL

1       6.     Defendants bear the burden to prove that the Confidential Documents

2 are indeed "confidential" as defined by the parties' Stipulated Protective Order at

3 Paragraph 18. *See* Docket No. 20.

4

5       I declare under penalty of perjury under the laws of the United State of

6 America and the State of California that the foregoing is true and correct.

7

8       Executed this 30th day of December, 2016, in Irvine, California.

9

10                                     /s/Jessica L. Campbell

                                    Jessica L. Campbell

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

DECLARATION OF JESSICA L. CAMPBELL IN SUPPORT OF PLAINTIFF'S
APPLICATION TO FILE UNDER SEAL

## CERTIFICATE OF SERVICE

I, the undersigned, am employed in the County of Orange, State of California. I am over the age of 18 and not a party to the within action; am employed with Aegis Law Firm PC and my business address is 9811 Irvine Center Drive, Suite 100, Irvine, California 92618.

On December 30, 2016, I served the foregoing document entitled:

- **DECLARATION OF JESSICA L. CAMPBELL IN SUPPORT OF PLAINTIFF'S APPLICATION TO FILE UNDER SEAL**

on all the appearing and/or interested parties in this action by placing ☐ *the original* ☒ *a true copy* thereof enclosed in sealed envelope(s) addressed as follows:

Stacey E. James, Esq.
Khatereh S. Fahimi, Esq.
Matthew B. Riley, Esq.
Littler Mendelson, P.C.
501 W. Broadway, Suite 900
San Diego, CA 92101

*Attorney for Defendant:*
*Buffalo Wild Wings, Inc., and Blazin' Wings, Inc.*

☐ **(BY MAIL)** I am readily familiar with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid at Irvine, California in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postage cancellation date or postage meter date is more than one day after date of deposit for mailing this affidavit. (*Cal Code Civ. Proc.* § 1013(a); *Fed. R. Civ. Proc.* 5(a); *Fed. R. Civ. Proc.* 5(c).)

☐ **(BY OVERNIGHT MAIL)** I am personally and readily familiar with the business practice of Aegis Law Firm PC for collection and processing correspondence for overnight delivery, and I caused such document(s) described herein to be deposited for delivery to a facility regularly maintained Federal Express for overnight delivery. (*Cal Code Civ. Proc.* § 1013(c); *Fed. R. Civ. Proc.* 5(c).)

☒ **(BY ELECTRONIC TRANSMISSION)** I caused said document(s) to be served via electronic transmission via ECF Notification of Filing on the date below. (*Cal. Code Civ. Proc.* § 1010.6(6); *Fed. R. Civ. Proc.* 5(b)(2)(E); *Fed. R. Civ. Proc.* 5(b)(3).)

☐ **(BY PERSONAL SERVICE)** I delivered the foregoing document by hand delivery to the addressed named above. (*Cal Code Civ. Proc.* § 1011; *Fed. R. Civ. Proc.* 5(b)(2)(A).)

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on December 30, 2016, at Irvine, California.

_____
Michael Knieling

1
CERTIFICATE OF SERVICE

EXHIBIT A

**Jessica Campbell**

| | |
|---|---|
| **From:** | Jessica Campbell |
| **Sent:** | Wednesday, December 28, 2016 12:00 PM |
| **To:** | 'Riley, Matthew B.' |
| **Cc:** | 'James, Stacey E.'; Ali Carlsen; 'Fahimi, Sage' |
| **Subject:** | RE: Tamez Meet and Confer re: Opposition to MSJ |

Matt,

Thank you for taking my call earlier about the meet and confer requirements for filing documents under seal. Listed below are all of the documents I believe Defendant marked as confidential. Please let me know if I missed any.

- Time Records Bates stamped 606-2714
- Audits Bates stamped 2753-2757
- List of Premiums Paid Bates stamped 2716

Jessica L. Campbell, Esq. | Aegis Law Firm, PC | 9811 Irvine Center Drive, Suite 100 | Irvine, California 92618
tel 949.379.6250 | fax 949.379.6251 | jcampbell@aegislawfirm.com | www.aegislawfirm.com | @aegislawfirm

This message is sent by a law firm and may contain information that is privileged or confidential. If you received this transmission in error, please notify the sender by reply e-mail and delete the message and any attachments.

IRS Circular 230 Disclosure: To ensure compliance with requirements imposed by the IRS, we inform you that any U.S. federal tax advice contained in this document (including any attachments) is not intended or written to be used, and cannot be used, for the purpose of (i) avoiding penalties under the Internal Revenue Code or (ii) promoting, marketing or recommending to another party any transaction or matter addressed herein.

---

**From:** Riley, Matthew B. [mailto:MRiley@littler.com]
**Sent:** Wednesday, December 28, 2016 10:34 AM
**To:** Jessica Campbell <jcampbell@aegislawfirm.com>
**Cc:** James, Stacey E. <SJames@littler.com>; Ali Carlsen <acarlsen@aegislawfirm.com>; Samuel Wong <swong@aegislawfirm.com>; Fahimi, Sage <SFahimi@littler.com>
**Subject:** RE: Tamez Meet and Confer re: Opposition to MSJ

Jessica,

Our proposed changes to the stipulation and proposed order are attached. I am available today to discuss if necessary. If you agree with the changes you have my OK to file with my electronic signature.

Thanks,
Matt

**Matthew Riley, Attorney At Law**
619.515.1810 direct   619.923.2744 fax   MRiley@littler.com
501 W. Broadway, Suite 900 | San Diego, CA 92101-3577

# Littler
| littler.com
Employment & Labor Law Solutions Worldwide

---

**From:** Jessica Campbell [mailto:jcampbell@aegislawfirm.com]
**Sent:** Wednesday, December 28, 2016 10:19 AM
**To:** Riley, Matthew B.